1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JORGE L. VERAR, derivatively on behalf of POWERWAVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD J. BUSCHUR, KEVIN T. MICHAELS, MOIZ M. BEGUWALA, KEN J. BRADLEY, RICHARD E. BURNS, JOHN L. CLENDENIN, DAVID L. GEORGE, EUGENE E. GODA, AND CARL W. NEUN, <br><br> Defendants, <br><br> and <br><br> POWERWAVE TECHNOLOGIES, INC., <br><br> Nominal Defendant | Case No.: SACV12-00385 CJC (JPRx) <br><br> [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

1    Having reviewed Plaintiff's Rule 41(a) Request for Voluntary Dismissal
2    with Prejudice, and good cause appearing, **IT IS HEREBY ORDERED**:
3    This action is dismissed in its entirety with prejudice.

4
5    DATED: September ~~18~~ 21, 2015

6                                         HON. CORMAC CARNEY
7                                   UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE